UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Carnell Rock,

    Defendant.

-------------------------------------------------------x

ORDER

Docket No. 06 CR 00866 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Lawrence Sheehan, Esq., is to assume representation of the defendant in the above captioned matter as of February 28, 2019. Mr. Sheehan is appointed pursuant to the Criminal Justice Act. His address is Suite 1BB, Bronx, NY 10451, phone number (718) 401-7724; Email: larry-nicky@att.net.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       January 13, 2020